UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HARVEY J. CASS,<br><br>          Plaintiff,<br><br>     vs.<br><br>SHANE GRIMM and "OFFICER" TESTERMAN,<br><br>          Defendants. | NO.  CV-05-190-EFS<br><br>ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE |

By Order filed August 8, 2005, the Court directed Mr. Cass, to comply with 28 U.S.C. § 1915(a)(2). A copy of the Order was sent to Mr. Cass at the Ferry County Jail, but returned to the Court with the notation that he was no longer located at that facility. Mr. Cass has not kept the Court apprised of his change of address and has filed nothing further.

Accordingly, **IT IS ORDERED** Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE** for failure to notify the Clerk of the Court regarding his change of address. The District Court Executive shall enter this Order, forward a copy to the Plaintiff at his last known address, and close the file.

**DATED** this     6th     day of September 2005.


                              S/ Edward F. Shea
                              EDWARD F. SHEA
                              UNITED STATES DISTRICT JUDGE

Q:\Civil\2005\0190.dismiss.prose.wpd

ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE -- 1